UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BOBBY LEE DICKERSON, | ) | CASE NO. C09-1678-JCC-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER STRIKING PETITIONER'S |
| | ) | MOTION TO DISMISS |
| E. BRADFORD BALES, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Petitioner filed a "motion to dismiss"(Dkt. 15), which the Court interprets to be a motion for summary judgment on his 28 U.S.C. § 2241 habeas petition. The Court notes that petitioner filed his summary judgment motion on the same day the Court granted him leave to proceed *in forma pauperis*, ordered that respondents be served, and directed respondents to file an answer to the petition. (Dkts. 12, 13.). The Court therefore STRIKES petitioner's motion for summary judgment (Dkt. 15) as prematurely filed but grants petitioner leave to renew the motion at a later date. *See* Fed. R. Civ. P. 56(a).

/ / /

/ / /

ORDER STRIKING PETITIONER'S MOTION TO DISMISS
PAGE -1

01         DATED this 16th day of February, 2010.

                                          _____
                                          Mary Alice Theiler
                                          United States Magistrate Judge

ORDER STRIKING PETITIONER'S MOTION TO DISMISS
PAGE -2