UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BOBBY LEE DICKERSON, | ) | CASE NO. C09-1678-JCC-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER DENYING PETITIONER'S |
| E. BRADFORD BALES, | ) | MOTION FOR AN ENTRY OF |
| | ) | DEFAULT |
| Respondent. | ) | |
| | ) | |

Petitioner moves for an entry of default against respondent for failure to respond to the 28 U.S.C. § 2241 habeas petition. (Dkt. 18.) The Court recently clarified the posture of this case, which had been transferred to the Western District of Washington from the United States Court of Appeals for the Ninth Circuit, and extended the time by which respondent must file a return. (Dkt. 21.) The Court therefore DENIES plaintiff's motion for an entry of default. (Dkt. 18.)

///

///

///

ORDER DENYING PETITIONER'S MOTION
FOR AN ENTRY OF DEFAULT
PAGE -1

Case 2:09-cv-01678-JCC   Document 22   Filed 03/10/10   Page 2 of 2

01       DATED this 10th day of March, 2010.

02

03

04                                          Mary Alice Theiler
                                            United States Magistrate Judge

ORDER DENYING PETITIONER'S MOTION
FOR AN ENTRY OF DEFAULT
PAGE -2