THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOBBY LEE DICKERSON,

    Petitioner,

v.

E. BRADFORD BALES, *et al.*,

    Respondents.

Case No. C09-1678-JCC

ORDER

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition for writ of habeas corpus; the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler (Dkt. No. 30), to which there has been no timely objection; the governing law; and the balance of the record; does hereby find and ORDER:

(1) The Report and Recommendation is adopted;

(2) Petitioner's 28 U.S.C. § 2241 petition for writ of habeas corpus of DISMISSED with prejudice as mooted, with respect to the pretrial detention challenged, by petitioner's conviction and release from custody; and

(3) The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge Theiler.

DATED this 25th day of May, 2010.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1